# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO




RICARDO JUARBE, et al.

VS.                                     CIVIL NO. __97-1220__ (JAF)

UNITED STATES OF AMERICA

---

### DESCRIPTION OF MOTION

| | |
|---|---|
| DATE FILED: 7/20/99  DOCKET: 43 & <br> 7/30/99           44 <br> [X] Plaintiff(s) <br> [X] Defendant(s) | TITLE: JOINT MOTION ANNOUNCING TIME TABLE & MOTION IN COMPLIANCE WITH ORDER. |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

_X_ NOTED.

**OTHER:**

---

September 10, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE