UNITED STATES DISTRICT CO[U]RT
DISTRICT OF PUERTO RICO

Ricardo Juambe, et al

vs.

U S A

CIVIL NO. _____ 97 1220 (JAF)

RECEIVED & FILED
99 SEP 16 PH 3: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

---

## DESCRIPTION OF MOTION

DATE:
FILED:

DOCKET:#

Title: P. T. Conf Order

( ) Plffs            ( ) Defts

( ) Government       ( ) Other

## O R D E R

P.T. conf could not be meaningfully held since the parties need about 3 days to insert changes in a final document. The P.T. order shall be filed by Monday, Sept 20, 1999.

Plaintiff granted until Sept 25 to file its opposition to the motion for summary judgment.

9/15/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

47

2