# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)



## DESCRIPTION OF MOTION

DATE FILED: 9/27/99  DOCKET #: 51  TITLE: MOTION FOR SHORT EXTENSION OF TIME

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

[x] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:

_____
9/29/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(55)