# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 10/01/99   DOCKET #: 56   TITLE: MOTION REGARDING TESTIMONY OF DEFENDANT'S EXPERT AND REQUEST FOR CONTINUANCE OF TRIAL

[ ] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Content noted. Trial rescheduled for May 15/2000, 9:30 AM

DATE: 10-5-99

JOSE A. FUSTE
U.S. DISTRICT JUDGE