IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 10/08/99   DOCKET #: 58   TITLE: MOTION by USA for Leave to File REPLY to motion for summary judgment, w/REPLY tendered

[ ] Plaintiff(s)
[X] Defendant(s)

## O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

10/14/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE