# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO




RICARDO S. JUARBE ACEVEDO, ET AL.

CV. 97-1220 (JAF)

VS.                     CIVIL NO.  99-2082  (JAF)

UNITED STATES OF AMERICA

---

### DESCRIPTION OF MOTION

DATE FILED: 3/07/00  DOCKET: 6    TITLE: MOTION REQUESTING STAY OF PROCEEDINGS ETC.

[X] Plffs.          [ ] Defts.

---

### O-R-D-E-R

Granted. However, this case must be consolidated with 97-1220 (JAF) for all purposes.

4-4-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE