# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 10/15/99   **DOCKET #:** 62   **TITLE:** MOTION by All Plaintiffs for Leave to File SUR-REPLY to mot for summary judgment

[X] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

_X_ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

---

4-16-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE