# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 MAY 12 AM 9:58
U.S. DISTRICT COURT
SAN JUAN, P.R.

RICARDO JUARBE ACEVEDO, ET AL

    VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

---

## DESCRIPTION OF MOTION

| | |
|---|---|
| **DATE FILED:** 03/07/00  **DOCKET #:** 63 | **TITLE:** MOTION by All Plaintiffs to substitute plff party Maria C. Rivera for her heir Maritza, Maribel, Antonia, Sylvia and Ricardo, all surnamed Juarbe Rivera. |
| [X] Plaintiff(s)  [ ] Defendant(s) | |

## O-R-D-E-R

___ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:** _Granted_

---

5-11-00
DATE

/s/ JOSE A. FUSTE
U.S. DISTRICT JUDGE

83