# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

   VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 03/22/00  DOCKET #: 64

[X] Plaintiff(s)
[ ] Defendant(s)

TITLE: MOTION by All Plaintiffs to Amend [48-1] pre-trial order to announce new expert witness

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _To be passed upon at Trial_

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE