# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

    VS.

UNITED STATES OF AMERICA     CIVIL NO. 97-1220 (JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 03/28/00  **DOCKET #:** 66  **TITLE:** MOTION by USA | to recess trial on 5/17/00 |

[ ] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *I will arrange for you to attend the graduation*

---

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE