# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

## DESCRIPTION OF MOTION

**DATE FILED:** 04/12/00  **DOCKET #:** 68  **TITLE:** MOTION by All Plaintiffs for Leave to File REPLY to motion to amend PTO

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _to be passed upon at trial_

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

86