# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

---

**DESCRIPTION OF MOTION**

**DATE FILED:** 04/12/00    **DOCKET #:** 69    **TITLE:** MOTION by All Plaintiffs to Accept Spanish Language Documents

[x] Plaintiff(s)
[ ] Defendant(s)

---

**O-R-D-E-R**

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

*Granted*

---

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE