Case 3:97-cv-01220-JAF   Document 88   Filed 05/12/2000   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

---

### DESCRIPTION OF MOTION

**DATE FILED:** 04/25/00  **DOCKET #:** 71

[ ] Plaintiff(s)
[x] Defendant(s)

**TITLE:** MOTION by USA for immediate production of depositions transcripts

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** _Transcripts to be produced forthwith_

---

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE