Case 3:97-cv-01220-JAF   Document 89   Filed 05/12/2000   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO S. JUARBE, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

*RECEIVED & FILED 00 MAY 12 AM 9:59 U.S. DISTRICT COURT SAN JUAN, PR*

---

### DESCRIPTION OF MOTION

DATE FILED: 4/27/00  DOCKET: 73
[x] Plffs.  [] Defts.

TITLE: INFORMATIVE MOT REGARDING RICARDO JUARBE'S CONDITION

---

### O-R-D-E-R

*noted*

---

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT

(89)