## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RICARDO S. JUARBE, ET AL

VS.

CIVIL NO. 97-1220 (JAF)

UNITED STATES OF AMERICA

---

### DESCRIPTION OF MOTION

DATE FILED: 4/27/00  DOCKET: 74          TITLE: INFORMATIVE MOT REGARDING
[x] Plffs.  [] Defts.                           ATTY'S CHANGE OF PHYSICAL
                                                ADDRESS

### O-R-D-E-R

Clerk to enter info on PCMS

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT

