# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO S. JUARBE, ET AL

VS.                                              CIVIL NO. 97-1220 (JAF)

UNITED STATES OF AMERICA

---

### DESCRIPTION OF MOTION

DATE FILED: 4/27/00 DOCKET: 75          TITLE: MOT TO EXT TIME UNTIL
[x] Plffs.  [] Defts.                          5/1/00 TO PRODUCE DEPOSITION
                                               TRANSCRIPTS

### O-R-D-E-R

noted

5-11-00
DATE                                   JOSE A. FUSTE
                                       U.S. DISTRICT COURT

