# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1220 (JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 05/01/00  **DOCKET #:** 77    **TITLE:** MOTION by USA to request authorization to present testimony of Dr. Gary Simonds by videotape deposition

[ ] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: allowed. Otherwise I will consider allowing the use of the recorded deposition (Transcript).

---

5-11-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE