# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RICARDO JUARBE ACEVEDO, ET AL

     VS.

                             **CIVIL NO.** 97-1220 (JAF)

UNITED STATES OF AMERICA

---

## DESCRIPTION OF MOTION

| | |
|---|---|
| **DATE FILED:** 05/05/00 **DOCKET #:** 78 | **TITLE:** MOTION by USA \|to exclude plff's expert Dr. Cardona Cancio and his report\| |
| [ ] Plaintiff(s) <br> [x] Defendant(s) | |

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *To be passed upon at Trial*

_____     _____
DATE                        JOSE A. FUSTE
                            U.S. DISTRICT JUDGE



(93)