UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RICARDO S. JUARBE-ACEVEDO,
et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 97-1220 (JAF)

## O R D E R

On May 8, 2000, Defendant, the United States of America, filed a motion in limine to exclude Plaintiff Juarbe's 38 U.S.C. § 1151 (1988) benefits from a potential damage award.

After reviewing the Proposed Pre-Trial Order submitted by both parties, Docket Document No. 48, and Plaintiff's Complaint, Docket Document No. 1, we find that Plaintiff Juarbe has not included a section 1151 benefits claim in his claim for compensatory damages in the present action. Therefore, we need not decide the issue.

As a point of clarification, a tort case may include a claim for lost earnings if properly found in fact. Under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-80 (1994), state law determines the scope of liability. See 28 U.S.C. §§ 1346(b) (1993) and 2674. In this case, Plaintiff, a U.S. veteran, seeks compensatory

Civil No. 97-1220 (JAF)                                          2-

damages, including lost earnings, resulting from the alleged medical malpractice of a Veterans' Administration Hospital in Puerto Rico. He is also appealing the denial of section 1151 benefits in a separate administrative proceeding. The pending administrative proceeding is not inconsistent with his right to seek, in this tort action, lost earnings, unless statute or regulation proscribes it. We know of no disposition under the FTCA or Puerto Rico law which requires such exclusion.

In accordance with the foregoing, we **DENY** Defendant's motion in limine, <u>Docket Document No. 79</u>.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this *12th* day of May, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)