UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICARDO S. JUARBE-ACEVEDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil No. 97-1220 (JAF) |

## JUDGMENT

Judgment is entered in favor of Plantiffs and against the Government, incorporating the terms and conditions of the settlement order entered today.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 2nd day of June, 2000.

JOSE ANTONIO FUSTE
U.S. District Judge