UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICARDO S. JUARBE-ACEVEDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil No. 97-1220 (JAF) |

**AMENDMENT ORDER**

The previous Settlement Order, <u>Docket Docuemnt No. 99</u>, in this case contains a typographical error on page 3 line (c). The current form reads "Plaintiff Ricardo Juarbe Rivera," which is incorrect. The correct Plaintiff is Ricardo Juarbe Acevedo. Therefore, we amend the Settlement Order to correct this error.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 8th day of June, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)